*Emergency Motion* [handwritten across top]

3 [handwritten upper left]

FILED USBC CLRK TUC
2018 JUL 26 PM 1:11

# IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF ~~TENNESSEE~~ ARIZONA

In re:  )
Brooke h ewart  )
_____  )  No. 4:18 BK 08595
  )  Chapter 13
Debtor(s)  )  BMW

## MOTION TO EXTEND AUTOMATIC STAY

---

### NOTICE OF HEARING

Notice is hereby given that:

A hearing will be held on the motion on _____, 20__, at ____.m., in Courtroom ____, located at _____ TN.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the court to grant the relief requested, you or your attorney must attend this hearing. If you do not attend the hearing, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

---

Pursuant to 11 U.S.C. § 362(c)(3)(B), the debtor(s) request(s) an order extending the automatic stay, and make(s) the following representations in support of this request:

1. There was one case of the debtor(s) previous to this case that was pending within the year preceding the commencement of this case but the previous case was dismissed. The case number of the previous case was [17-13711]. The reason for the dismissal was _non compliance non payment to only 2 prior cases to the trustee did not make deadlines and or payments.

2. The debtor(s) seek(s) the continuation of the stay against 9all creditors OR 9 the following creditors: __against all creditors hoa ,taxes,student loan azteca,,dmv,Tucson city court,Stratford management ,brown and olcott

① Monaco Condominiums (phase II) Homeowners Assn, INC. Stratford Management, ② Brown//olcott PLLC
③ Azteca Bail Bonds LLC ④ Student Loans, SLM Corp. Newark, N.J.
Diane Kerns

3. This case was commenced in good faith, as shown by the following facts: _____

the reason I need an extension of deadline is because my established mental illness makes it impossible at . this time to clearly understand the proceedings and the time requirements for filing papers and new documents and I can not afford a lawyer to represent me I am determined to do everything that the court and trustee asks of me this time and I will be making all payments plan payments that are expected from me to the trustee this time to sucessfully pay off all my debts owed to the creditors and most important I am asking please to allow me the chance to get caught up with the hoa delinquent assessments and to have the opportunity to pay everyone back what I owe so I can keep the only asset that's very important to me its all I have left I give my word to the court and i am still trying my hardest to find a lawyer to represent me that will put me on a payment plan and or will work out my payments to him thru the length of the chapter 13 repayment plan .thankyou for considering this request

NUTHING Needed here

4. [*any additional pertinent allegations*]

✓ pro se

_____
[insert attorney's name, office address,
telephone number, and bar number]

### VERIFICATION
*[optional]*

The undersigned declare(s) under penalty of perjury that the facts set forth in the foregoing motion are true and correct.

Brooke ewart *BEwt*  ↑ sign

_____   july 5 2018  July 23 18
[*signature*]                             [*date*]


_____   _____
[*signature*]                             [*date*]


### CERTIFICATE OF SERVICE

I certify that the foregoing paper will be served electronically on the entities specified in the Notice of Electronic Filing to be issued by the electronic case filing system. I further certify that the foregoing paper was served by mail on the following, at the following addresses, on this date [*or*] on _____, 20___:

*[list of names and addresses of entities served by mail]*

This the ____ day of _____, 20___.

① SLM Corp
   Newark, N.J.
② Strafford Management
   1820 E. River Rd
   Tucson  85718
③ Brown ll Olcott PLLC
   373 S. Main Ave
   Tucson  85701
④ Monaco Condominiums
   (Phase II) Home    to
   c/o Brown and Olcott PLLC    Didrickrens also

_____
[insert attorney's name, office address,
telephone number, and bar number]