# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | BROOKE HAZEL EWART | | |
| **Case Number:** | 4:18-BK-08595-BMW | **Chapter:** | 13 |
| **Date / Time / Room:** | TUESDAY, SEPTEMBER 11, 2018 10:45 AM   COURTROOM 446 | | |
| **Bankruptcy Judge:** | BRENDA M. WHINERY | | |
| **Courtroom Clerk:** | REBECCA VOLZ | | |
| **Reporter / ECR:** | KAYLA COLASONT | | |

## *Matters:*

**1)** CHAPTER 13 CASE MANAGEMENT STATUS HEARING
   **R / M #:**   1 /  0

**2)** DEBTOR'S MOTION TO EXTEND THE STAY PURSUANT TO 11 USC 362(c)(3)
   **R / M #:**   15 /  0

**3)** DEBTOR'S MOTION FOR RECONSIDERATION
   **R / M #:**   25 /  0

## *Appearances:*

BROOKE EWART, APPEARING IN PERSON
CRAIG MORRIS REPRESENTING THE CHAPTER 13 TRUSTEE AND APPEARING IN PERSON

Case 4:18-bk-08595-BMW   Doc 47   Filed 09/11/18   Entered 09/13/18 15:58:36   Desc
Main Document   Page 1 of 3

09/13/2018   3:58:21PM

# Minute Entry

(continue)...    4:18-BK-08595-BMW          **TUESDAY, SEPTEMBER 11, 2018 10:45 AM**

## *Proceedings:*

ITEM 1: CHAPTER 13 CASE MANAGEMENT STATUS HEARING

ITEM 2: DEBTOR'S MOTION TO EXTEND THE STAY PURSUANT TO 11 USC 362(c)(3)

ITEM 3: DEBTOR'S MOTION FOR RECONSIDERATION

**ITEM 1**
The Court asks why this case was filed.

Ms. Ewart reports that she is trying to save her home from foreclosure.

Mr. Morris reports that this is the debtor's fourth case. She did not make any payments in her prior cases. It appears from the claim filed in the first case that the debtor owes more than $18,000.00 to the homeowners' association. There was a fire at the residence and there is an ongoing dispute between the debtor and the HOA.

Ms. Ewart states that she is not living in her condo because the restoration is not complete. She is not sure what is happening but she believes that the HOA is suing the insurance company. She only owes the HOA $6,552.00 for HOA fees. The $18,000.00 claim is for damages to her neighbors' homes.

The Court states that it is very difficult to succeed in a Chapter 13 case without counsel.

Ms. Ewart reports that she is trying to obtain counsel but she keeps getting turned down because her case is complex. She did contact the Self-Help Center but never made the appointment with a volunteer attorney.

COURT: THE COURT RECOMMENDS THAT THE DEBTOR CONTACT THE SELF-HELP CENTER TO OBTAIN ASSISTANCE AND INVESTIGATE THE POSSIBILITY OF RETAINING COUNSEL. APPOINTMENTS ARE AVAILABLE IN TUCSON OR OVER THE PHONE. DEBTORS WITHOUT COUNSEL ARE HELD TO THE SAME STANDARDS AS ATTORNEYS AND MUST COMPLY WITH THE CODE, RULES, PROCEDURES AND THE TRUSTEE'S REQUESTS.

**ITEM 2**
The Court states that no objections were filed to the Motion to Continue the Stay. The Court asks what has changed since the last filing.

Ms. Ewart states that she did not make any plan payments previously. This time her mother is helping her and she is making payments. She has the ability to make the payments under the plan. She intends to make the plan payments.

Page 2 of 3

Case 4:18-bk-08595-BMW   Doc 47   Filed 09/11/18   Entered 09/13/18 15:58:36   Desc
Main Document     Page 2 of 3                    09/13/2018   3:58:21PM

# Minute Entry

COURT: GIVEN THAT THERE WERE NO OBJECTIONS TO THE MOTION, THE MOTION TO EXTEND THE STAY PURSUANT TO 11 USC 362(c)(3) IS GRANTED. STAY RELIEF MAY BE GRANTED UNDER CERTAIN CIRCUMSTANCES IN THE FUTURE IF A SECURED CREDITOR FILES A MOTION FOR STAY RELIEF.

**ITEM 3**

The Court asks what relief the debtor is requesting in her Motion for Reconsideration.

Ms. Ewart reports that she was able to resolve all of her problems with the Arizona Motor Vehicle Department.

COURT: THIS MATTER IS VACATED.

Case 4:18-bk-08595-BMW    Doc 47    Filed 09/11/18    Entered 09/13/18 15:58:36    Desc
Main Document    Page 3 of 3                                        09/13/2018   3:58:21PM