# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

| | | | |
|---|---|---|---|
| **Debtor:** | BROOKE HAZEL EWART | | |
| **Case Number:** | 4:18-BK-08595-BMW | **Chapter:** | 13 |
| **Date / Time / Room:** | TUESDAY, DECEMBER 04, 2018 10:30 AM COURTROOM 446 | | |
| **Bankruptcy Judge:** | BRENDA M. WHINERY | | |
| **Courtroom Clerk:** | REBECCA VOLZ | | |
| **Reporter / ECR:** | RHIANNA DOMINGUEZ | | |

## *Matter:*

ONE MINUTE FINAL HEARING ON THE MOTION FOR RELIEF FROM STAY FILED BY MONACO CONDOMINIUMS PHASE II HOMEOWNERS ASSOCIATION RE: RESIDENTIAL REAL PROPERTY LOCATED AT 1620 N. WILMOT RD., UNIT E247, TUCSON, AZ (SET AT HEARING HELD 11/06/18)

**R / M #:**   41 / 0

## *Appearances:*

NATHAN TENNYSON, REPRESENTING THE MONACO CONDOMINIUMS HOMEOWNERS ASSOCIATION ("MONACO HOA") AND APPEARING IN PERSON
CRAIG MORRIS, REPRESENTING THE CHAPTER 13 TRUSTEE AND APPEARING IN PERSON

## *Proceedings:*

The Court notes that the debtor is not present.

Mr. Tennyson reports that a supplement was filed after the last hearing in support of the motion to address the Court's concerns.

Mr. Morris reports that the debtor has not made any plan payments.

COURT: THE OBJECTION FILED BY THE DEBTOR DOES NOT RAISE A TRUE DEFENSE TO THE MOTION FOR RELIEF FROM STAY. THE COURT REFERRED THE DEBTOR TO THE SELF-HELP CENTER AND IT IS UNKNOWN IF THE DEBTOR CONTACTED THE SELF-HELP CENTER. THE COURT FINDS THAT CAUSE EXISTS TO GRANT STAY RELIEF. THE MOTION IS GRANTED. COUNSEL MAY UPLOAD A FORM OF ORDER.

Case 4:18-bk-08595-BMW   Doc 71   Filed 12/04/18   Entered 12/12/18 12:18:37   Desc
Main Document   Page 1 of 1

12/12/2018 12:18:22PM