# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

In re:

BROOKE HAZEL EWART
SSN: XXX-XX-5195,

    Debtor.

THE MONACO CONDOMINIUMS (PHASE II) HOMEOWNERS ASSOCIATION, an Arizona non-profit corporation,

    Movant.

Chapter 13

Case No. 4:18-bk-08595-BMW

**ORDER**

    Movant, having filed a Motion for Relief from Stay, having duly served the Motion upon Debtor, a response having been received, after which this Court held a hearing on Movant's Motion for Relief from Stay on December 4, 2018. Debtor failed to appear at the hearing. Pursuant to the Courts Ruling on the Motion, as set forth on the record on December 4, 2018, which ruling is incorporated herein in its entirety,

    **IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code § 362(a) are hereby vacated with respect to that

certain real property located at 1620 N Wilmot Rd Unit E247, Tucson, Arizona, 85712, and legally described as:

> **Unit E-247, of Monaco Condominiums Phase II, according to the declaration of Horizontal Property regime recorded in Docket 7884, Page 1198, Docket 7890, Page 1593, and Docket 9734, page 2252; and reciprocal easement and maintenance agreement recorded in docket 7592, page 237; and per map recorded in Book 34 of Maps, page 83, in the office of the county recorder of Pima County, Arizona.**

**DATED AND SIGNED ABOVE.**