Official Form 416A (12/15)

# Form 416A. CAPTION (FULL)

# United States Bankruptcy Court

_____ District Of _____

In re: **Brooke Ewart**,
*[Set forth here all names including married, maiden, and trade names used by debtor within the last 8 years.]*

Debtor

Address: 1620 N. Wilmot

Case No. 18-85-95

Last four digits of Social-Security or Individual Tax-Payer-Identification (ITIN) No(s)., (if any): 5195

Chapter _____

Employer's Tax Identification No(s). (if any): _____

*[Designation of Character of Paper]*

Motion to please Convert to A chapter 7 I can not find A lawyer having a hard time I was in jail that is why _____ _____

Brooke Ewart