# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

**Debtor:** BROOKE HAZEL EWART
**Case Number:** 4:18-BK-08595-BMW  **Chapter:** 7
**Date / Time / Room:** TUESDAY, JUNE 11, 2019 10:15 AM  COURTROOM 446
**Bankruptcy Judge:** BRENDA M. WHINERY
**Courtroom Clerk:** REBECCA VOLZ
**Reporter / ECR:** KATIE HENDERSON

## Matter:

DEBTOR'S MOTION TO EXTEND THE AUTOMATIC STAY (SET ON THE COURT'S OWN MOTION)
**R / M #:** 101 / 0

## Appearances:

NATHAN TENNYSON, REPRESENTING THE MONACO CONDOMINIUMS HOMEOWNERS ASSOCIATION ("MONACO HOA") AND APPEARING IN PERSON

## Proceedings:

The Court notes that the debtor is not present in person or on the telephone. Stay relief was granted with respect to Monaco HOA prior to the earlier dismissal. This is not a motion to extend the stay. The debtor's motion is really a Motion to Reconsider the Court's Ruling as to stay relief. The debtor did not appear at the one minute final hearing regarding stay relief. Stay relief was granted at that hearing as the debtor did not assert a defense and there was cause to grant stay relief. In this motion, the debtor did not provide a basis for reconsideration pursuant to Rule 60(b) of the FRCP as incorporated by Rule 9024 of the FRBP.

COURT: THE DEBTOR'S MOTION TO EXTEND THE STAY, WHICH THIS COURT CONSIDERS A MOTION FOR RECONSIDERATION, IS DENIED. COUNSEL MAY UPLOAD A FORM OF ORDER IF NEEDED.

Mr. Tennyson states that his client is pursuing foreclosure in state court. The superior court judge was uncertain about the impact of the dismissal and reinstatement.

COURT: THE ORDER GRANTING STAY RELIEF THAT WAS PREVIOUSLY ENTERED STANDS. THIS MINUTE ENTRY WILL SERVE AS THE COURT'S ORDER DENYING THE MOTION FOR RECONSIDERATION UNLESS COUNSEL PREFERS TO UPLOAD A SEPARATE FORM OF ORDER.

Page 1 of 1

Case 4:18-bk-08595-BMW    Doc 113    Filed 06/11/19    Entered 06/19/19 11:58:44    Desc
Main Document    Page 1 of 1    06/19/2019  11:58:30AM